UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KASHAWN A. FASHAW,

                Plaintiff,        21-cv-2336 (JGK)

    - against -                ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    On February 28, 2022, the Court dismissed the plaintiff's third amended complaint and gave the plaintiff 60 days to file a fourth amended complaint. ECF No. 20. The plaintiff has failed to do so. Accordingly, this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            May 31, 2022

                                                John G. Koeltl
                                       United States District Judge